+UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

      Plaintiff,

v.                                                      Case No.  8:07-cr-0170-T-24-MSS

MAX WORLD ENTERTAINMENT, INC.,

      Defendant.

_____/

## ORDER

      This cause comes before the Court on Motions to Appear *Pro Hac Vice* filed by Defendant's attorneys, H. Louis Sirkin, Scott R. Nazzarine, and Jennifer M. Kinsley (Doc. Nos. 25, 26, and 27).  The Court notes that Mr. Sirkin, Mr. Nazzarine, and Ms. Kinsley have failed to designate local counsel, sign up for CM/ECF, and pay their *pro hace vice* submission fees.  Accordingly, it is ORDERED and ADJUDGED that Mr. Sirkin's, Mr. Nazzarinne's, and Ms. Kinsley's Motions to Appear *Pro Hac Vice* are **DENIED WITHOUT PREJUDICE**.  Because Defendant's attorneys are not admitted to practice before this Court, Defendant is deemed to be proceeding pro se.

      **DONE AND ORDERED** at Tampa, Florida, this 30th day of July, 2007.

*(signed)* Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Pro Se Defendant